# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Guardian Media Technologies Ltd., <br><br>                                    Plaintiff, <br> vs. <br><br> Philips Electronic North America Corporation, et al, <br><br>                                    Defendant. | CASE NO. 08cv1859 - IEG - AJB <br><br> ORDER SETTING BRIEFING SCHEDULE |

This patent-infringement action is related to <u>Sony Electronics Inc., et al v. Guardian Media Tech</u>, Case No. 05cv17777. In this case, the Non-Guardian parties submitted a "Corrected Memorandum of Points and Authorities" regarding their joint motion for summary judgment. Due to the motion's similarity to motions filed in the related case, the Court will hear the motions concurrently. Therefore, the Court HEREBY SETS the hearing for <u>August 7, 2009 at 10:30 a.m.</u> Guardian's opposition to the motion is due no later than <u>July 13, 2009 at 10:30 a.m.</u> The moving parties' reply is due no later than <u>July 20, 2009 at 10:30 a.m.</u>

**IT IS SO ORDERED.**

**DATED: June 30, 2009**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

- 1 -                                                                                        05cv1777 - IEG - AJB