# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY ELECTRONICS, INC.,<br><br>                              Plaintiff,<br>vs.<br><br>GUARDIAN MEDIA TECH., INC.,<br><br>                              Defendant. | Lead Case No. 05-CV-1777-IEG (AJB)<br><br>Related Case No. 08-CV-1859-IEG (AJB)<br><br>ORDER CONTINUING HEARINGS AND SETTING A BRIEFING SCHEDULE |

Currently before the Court is Non-Guardian Parties' Joint Motion for Summary Judgment of Invalidity of U.S. Patent No. 4,930,160. [Doc. No. 208]. Due to court schedule conflicts, the Court continues the hearing on this motion from October 5, 2009 to **October 23, 2009 at 9:00 a.m.** and also sets the following briefing schedule. Defendant's opposition to the motion shall be filed on or before **September 18, 2009**. Non-Guardian Parties' reply shall be filed on or before **October 2, 2009**.

For the similar reasons, the Court also continues the Markman hearing from October 23, 2009 to **November 20, 2009 at 9:00 a.m.**

**IT IS SO ORDERED.**

DATED: September 1, 2009

IRMA E. GONZALEZ, Chief Judge
United States District Court