NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1014

GUARDIAN MEDIA TECHNOLOGIES, LTD.,

                            Plaintiff-Appellant,

v.

PHILIPS ELECTRONIC NORTH AMERICA CORPORATION,

                            Defendant,

and

TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.
and TOSHIBA AMERICA, INC.,

                            Defendants-Appellees.

Appeal from the United States District Court for the Southern District of California in case no. 08-CV-1859, Chief Judge Irma E. Gonzalez.

ON MOTION

ORDER

Upon consideration of the parties' joint motion to remand this case, <u>Guardian Media v. Philips Electronic</u>, to the United States District Court for the Southern District of California, case no. 08-CV-1859, for further proceedings consistent with the settlement agreement reached by the parties, and, specifically to allow the parties to jointly move the District Court for vacatur of certain rulings and to file additional motions,


8/19/10

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

FOR THE COURT

AUG 1 3 2010
Date

*Jan Horbaly*
Jan Horbaly
Clerk

cc: Edward E. Casto, Jr., Esq.
Irfan A. Lateef, Esq.

m2

ISSUED AS A MANDATE: AUG 1 3 2010

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 3 2010

JAN HORBALY
CLERK

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: _____ Date: 8/13/10